STATE v. ROBERTS

No. 137 PC.

Case below: 18 N.C. App. 388.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973. Motion of Attorney General to dismiss appeal allowed 31 August 1973.

STATE v. SHELTON

No. 148 PC.

Case below: 18 N.C. App. 616.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

STATE v. WOOTEN

No. 151 PC.

Case below: 18 N.C. App. 652.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

STATE v. WRIGHT

No. 74 PC.

Case below: 18 N.C. App. 76.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.

STATE v. YOUNG

No. 147 PC.

Case below: 18 N.C. App. 576.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1973.